De ROSE, SERRATELLI AND SCHNEIDER v.
MARTIN INTELLI.

February 26, 1974. Motion for Leave to Appeal is granted; and it is further Ordered that the appeal is dismissed.

STATE OF NEW JERSEY v. WINFRED GRAY.

March 12, 1974. Motion for Leave to Appeal is granted, and it is further Ordered that the Appellate Division is directed to expedite the hearing of the appeal on the merits.

BOARD OF EDUCATION OF THE CITY OF PATERSON v.
BOARD OF SCHOOL ESTIMATE OF THE SCHOOL DIS-
TRICT OF THE CITY OF PATERSON.

April 30, 1974. Motion for certification of the appeal pending before the State Board of Education is denied; the motion for direct certification of the appeal pending unheard before the Appellate Division is granted; the Chancery Division having had no jurisdiction in this matter, its order is vacated and the complaint dismissed; and it is further Ordered that the Passaic County Board of Taxation is directed to strike the 1974 tax levy based on the directive of the Acting Commissioner of Education dated April 15, 1974 and to fix the tax levy in accordance with the April 8, 1974 directive of the Director of Local Government Services.